Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
1, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed March 1, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00088-CV

____________

 

IN RE ROBERT FOUNTAIN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
February 2, 2007, relator Robert Fountain filed a petition for
writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Jim Wallace, presiding judge
of the 263rd Judicial District Court of Harris County, to appoint new counsel
for defendant.

Relator
has not established that he is entitled to mandamus relief. We accordingly deny
relator=s petition for writ of mandamus.

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed March 1, 2007.

Panel consists of Chief Justice
Hedges, and Justices Fowler and Edelman.